# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 13-7209 DSF (Ex) | Date | 10/2/13 |
|---|---|---|---|
| Title | Verougan Karapetian, et al. v. Patrick C. Brooks | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

This matter was removed from state court on September 30, 2013, based on federal question and diversity jurisdiction. The complaint was filed March 4, 2013. It is a state law unlawful detainer complaint that does not state a federal cause of action. While the notice of removal claims jurisdiction under 28 U.S.C. § 1441, (see Notice of Removal ¶¶ 6,10), federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). Diversity jurisdiction is also not present as the amount in controversy requirement is not met. The complaint explicitly limits the amount of damages to $10,000.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.